UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE LLRICE 601 )
CONTAMINATION LITIGATION ) No. 4:06MD1811 CDP

**This order applies in the following cases:**

| | |
|---|---|
| Klumpp v. Bayer Cropscience, LP | 4:07-CV-528 CDP |
| Hensgens v. Bayer Cropscience, LP | 4:07-CV-567 CDP |
| Broussard v. Bayer Cropscience, LP | 4:07-CV-761 CDP |
| Stelly v. Bayer Cropscience, LP | 4:07-CV-767 CDP |
| Stelly v. Bayer Cropscience, LP | 4:07-CV-768 CDP |
| Stelly v. Bayer Cropscience, LP | 4:07-CV-769 CDP |
| L & C Thevis Farms v. Bayer Cropscience, LP | 4:07-CV-773 CDP |
| Thevis, et al. v. Bayer Cropscience, LP | 4:07-CV-775 CDP |
| Zaunbrecher v. Bayer Cropscience, LP | 4:07-CV-787 CDP |
| Zaunbrecher v. Bayer Cropscience, LP | 4:07-CV-788 CDP |
| Hundley v. Bayer Cropscience, LP | 4:07-CV-790 CDP |
| Frey v. Bayer Cropscience, LP | 4:07-CV-791 CDP |
| Hundley v. Bayer Cropscience, LP | 4:07-CV-793 CDP |
| LaHaye v. Bayer Cropscience, LP | 4:07-CV-794 CDP |
| Lamm Brothers LLC v. Bayer Cropscience, LP | 4:07-CV-797 CDP |
| Zaunbrecher v. Bayer Cropscience, LP | 4:07-CV-837 CDP |
| Guillory v. Bayer Cropscience, LP | 4:07-CV-844 CDP |

**ORDER**

Plaintiffs in each of these cases have filed a Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(1), Fed. R. Civ. P. [docket entry # 348]. As no defendants have filed answers or motions for summary judgment, plaintiffs are entitled to dismiss their cases without prejudice and without approval by the court.

Accordingly,

**IT IS HEREBY ORDERED** that each of the listed cases is dismissed, without prejudice.

						_____
						CATHERINE D. PERRY
						UNITED STATES DISTRICT JUDGE

Dated this 4th day of September, 2007.